**Form 3-1**

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| STEEL DYNAMICS, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES, <br><br> *Defendant.* | **SUMMONS** <br> **Case No. 25-00237** |

**TO:**   The Attorney General and the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

**/s/ Gina Justice**
Clerk of the Court

1. **Name and Standing of Plaintiff**

   Plaintiff in this action is Steel Dynamics, Inc. ("Plaintiff"). Plaintiff is a producer of the domestic like product, corrosion-resistant steel products, and is thus an interested party within the meaning of 19 U.S.C. § 1516a(f)(3) and 19 U.S.C. § 1677(9)(C). Plaintiff was a petitioner and an active participant in the investigation before the U.S. Department of Commerce ("Commerce") that resulted in the final determination being challenged in this action. Plaintiff therefore has standing to bring this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d) as an interested party that was a party to the proceeding identified below.

2. **Brief Description of Contested Determination**

   Plaintiff contests certain findings of fact and conclusions of law made by Commerce in the published final determination of the countervailing duty investigation on certain corrosion-resistant steel products from Canada. *See Certain Corrosion-Resistant Steel Products from Canada: Final Affirmative Countervailing Duty Determination*, 90 Fed. Reg. 42,200 (Dep't Commerce Aug. 29, 2025). This determination is being contested pursuant to 28 U.S.C. § 1581(c) and 19 U.S.C. § 1516a(a)(2)(B)(i), 1516a(a)(5)(A), and 1516a(g)(3)(A)(i).

3. **Date of Determination**

   The contested final determination was issued on August 25, 2025.

**4.** <u>**Date of Publication in Federal Register of Notice of Contested Determination**</u>

The contested final determination was published in the Federal Register on August 29, 2025. *See Certain Corrosion-Resistant Steel Products from Canada: Final Affirmative Countervailing Duty Determination*, 90 Fed. Reg. 42,200 (Dep't Commerce Aug. 29, 2025).

Respectfully submitted,

/s/ Jeffrey D. Gerrish

Roger B. Schagrin
Jeffrey D. Gerrish
SCHAGRIN ASSOCIATES
900 Seventh Street, N.W., Suite 500
Washington, DC 20001
(202) 223-1700
*Counsel to Steel Dynamics, Inc.*

Dated: October 28, 2025

FORM 3-3

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025.)

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
Room 346
26 Federal Plaza
New York, N.Y. 10278

Supervising Attorney
Civil Division
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

Robert Heilferty, Chief Counsel
Office of the Chief Counsel for Trade
Enforcement & Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Ave., N.W.
Room 3622
Washington, D.C. 20230

Leslie B. Kiernan, General Counsel
U.S. DEPARTMENT OF COMMERCE
14th Street & Constitution Avenue, N.W.
Washington, DC 20230