FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          FORM 11

STEEL DYNAMICS, INC.,
                                        Plaintiff,

        v.
UNITED STATES,

                                        Defendant.

Court No.:          25-00237

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the

United States Court of International Trade, the undersigned appears as attorney

for plaintiff          , _____Steel Dynamics, Inc._____, in this action

☐ and for the parties indicated in the actions listed on the attached

        schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law

        department, or the Government, who is responsible for the litigation, is

        Jeffrey D. Gerrish
        _____.

Date: ___October 28, 2025___

/s/ Jeffrey D. Gerrish
_____
Attorney

Schagrin Associates
_____
Firm

900 7th St., NW, Ste. 500
_____
Street Address

Washington, D.C. 20001
_____
City, State and Zip Code

202-223-1700
_____
Telephone Number

jgerrish@schagrinassociates.com
_____
E-mail Address

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 11**

STEEL DYNAMICS, INC.,
                                        Plaintiff, ⊞

    v.
UNITED STATES,

                                        Defendant.

Court No.:          25-00237

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the

United States Court of International Trade, the undersigned appears as attorney

for plaintiff                    , _____Steel Dynamics, Inc._____, in this action

☐ and for the parties indicated in the actions listed on the attached

    schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law

    department, or the Government, who is responsible for the litigation, is

    Jeffrey D. Gerrish
    _____.

Date: __October 28, 2025___

/s/ Roger B. Schagrin
_____
Attorney

Schagrin Associates
_____
Firm

900 7th St., NW, Ste. 500
_____
Street Address

Washington, D.C. 20001
_____
City, State and Zip Code

202-223-1700
_____
Telephone Number

rschagrin@schagrinassociates.com
_____
E-mail Address

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 11**

STEEL DYNAMICS, INC.,
                                          Plaintiff, ■

         v.
UNITED STATES,

                                          Defendant.

Court No.:          25-00237

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the

United States Court of International Trade, the undersigned appears as attorney

for plaintiff                      , _____Steel Dynamics, Inc._____, in this action

☐ and for the parties indicated in the actions listed on the attached

schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law

department, or the Government, who is responsible for the litigation, is

Jeffrey D. Gerrish
_____.

Date: ___October 28, 2025___

/s/ Christopher T. Cloutier
_____
Attorney

Schagrin Associates
_____
Firm

900 7th St., NW, Ste. 500
_____
Street Address

Washington, D.C. 20001
_____
City, State and Zip Code

202-223-1700
_____
Telephone Number

ccloutier@schagrinassociates.com
_____
E-mail Address

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**        **FORM 11**

STEEL DYNAMICS, INC.,
                              Plaintiff, ▣

    v.
UNITED STATES,

                              Defendant.

Court No.:        25-00237

## <u>NOTICE OF APPEARANCE</u>

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the

United States Court of International Trade, the undersigned appears as attorney

for plaintiff                , Steel Dynamics, Inc. _____, in this action

☐ and for the parties indicated in the actions listed on the attached

   schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law

   department, or the Government, who is responsible for the litigation, is

   Jeffrey D. Gerrish
   _____.

Date: October 28, 2025        /s/ Elizabeth J. Drake
_____        _____
                              Attorney

              Schagrin Associates
              _____
                              Firm

              900 7th St., NW, Ste. 500
              _____
                              Street Address

              Washington, D.C. 20001
              _____
                              City, State and Zip Code

              202-223-1700
              _____
                              Telephone Number

              edrake@schagrinassociates.com
              _____
                              E-mail Address

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 11**

STEEL DYNAMICS, INC.,
                                   Plaintiff,

              v.
UNITED STATES,

                                   Defendant.

Court No.:          25-00237

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the

United States Court of International Trade, the undersigned appears as attorney

for plaintiff              , _____Steel Dynamics, Inc._____, in this action

☐ and for the parties indicated in the actions listed on the attached

   schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law

   department, or the Government, who is responsible for the litigation, is

   Jeffrey D. Gerrish
   _____.

Date: ___October 28, 2025___          ___/s/ Luke A. Meisner___
                                                              Attorney
                                                    **Schagrin Associates**
                                                    _____
                                                              Firm
                                                    900 7th St., NW, Ste. 500
                                                    _____
                                                         Street Address
                                                    Washington, D.C. 20001
                                                    _____
                                                     City, State and Zip Code
                                                    202-223-1700
                                                    _____
                                                      Telephone Number
                                                    lmeisner@schagrinassociates.com
                                                    _____
                                                       E-mail Address

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 11**

STEEL DYNAMICS, INC.,
                                    Plaintiff, ■

    v.
UNITED STATES,

                                    Defendant.

Court No.:          25-00237

## <u>NOTICE OF APPEARANCE</u>

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the

United States Court of International Trade, the undersigned appears as attorney

for plaintiff          , _____Steel Dynamics, Inc._____, in this action

☐ and for the parties indicated in the actions listed on the attached

     schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law

     department, or the Government, who is responsible for the litigation, is

     Jeffrey D. Gerrish
     _____.

Date: _October 28, 2025___          /s/ William A. Fennell
                                    _____
                                              Attorney

                                    Schagrin Associates
                                    _____
                                              Firm

                                    900 7th St., NW, Ste. 500
                                    _____
                                          Street Address

                                    Washington, D.C. 20001
                                    _____
                                       City, State and Zip Code

                                    202-223-1700
                                    _____
                                       Telephone Number

                                    wfennell@schagrinassociates.com
                                    _____
                                          E-mail Address

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 11**

STEEL DYNAMICS, INC.,
                             Plaintiff, ⊞

        v.
UNITED STATES,

                             Defendant.

Court No.:          25-00237

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the

United States Court of International Trade, the undersigned appears as attorney

for plaintiff                   , ____Steel Dynamics, Inc._____, in this action

☐ and for the parties indicated in the actions listed on the attached

        schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law

        department, or the Government, who is responsible for the litigation, is

        Jeffrey D. Gerrish
        _____.

Date: ___October 28, 2025____

/s/ Nicholas J. Birch
_____
Attorney

Schagrin Associates
_____
Firm

900 7th St., NW, Ste. 500
_____
Street Address

Washington, D.C. 20001
_____
City, State and Zip Code

202-223-1700
_____
Telephone Number

nbirch@schagrinassociates.com
_____
E-mail Address

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 11**

| | |
|---|---|
| STEEL DYNAMICS, INC., ⊞<br>          Plaintiff,<br><br>   v.<br>UNITED STATES,<br><br>          Defendant. | Court No.:    25-00237    ⊞ |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff , _____Steel Dynamics, Inc._____, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Jeffrey D. Gerrish _____.

Date: __October 28, 2025___

/s/ Saad Y. Chalchal*
_____
Attorney

**Schagrin Associates**
_____
Firm

900 7th St., NW, Ste. 500
_____
Street Address

Washington, D.C. 20001
_____
City, State and Zip Code

202-223-1700
_____
Telephone Number

schalchal@schagrinassociates.com
_____
E-mail Address

\* Only admitted in New York and New Jersey. Practice limited to matters before federal courts and agencies.

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 11**

STEEL DYNAMICS, INC.,
                                          Plaintiff, ⊞

v.
UNITED STATES,

                                          Defendant.

Court No.:          25-00237

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the

United States Court of International Trade, the undersigned appears as attorney

for plaintiff         , __Steel Dynamics, Inc._____, in this action

☐ and for the parties indicated in the actions listed on the attached

schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law

department, or the Government, who is responsible for the litigation, is

Jeffrey D. Gerrish
_____.

Date: __October 28, 2025___

_____/s/ Maliha Khan_____
Attorney

**Schagrin Associates**
Firm

900 7th St., NW, Ste. 500
Street Address

Washington, D.C. 20001
City, State and Zip Code

202-223-1700
Telephone Number

mkhan@schagrinassociates.com
E-mail Address

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**     **FORM 11**

STEEL DYNAMICS, INC.,                    ⊞
                Plaintiff,

    v.
UNITED STATES,

                Defendant.

Court No.:        25-00237

## <u>NOTICE OF APPEARANCE</u>

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the

United States Court of International Trade, the undersigned appears as attorney

for plaintiff           , _____Steel Dynamics, Inc._____, in this action

☐ and for the parties indicated in the actions listed on the attached

     schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law

     department, or the Government, who is responsible for the litigation, is

     Jeffrey D. Gerrish
     _____.

Date: __October 28, 2025___

/s/ Justin M. Neuman*
_____
Attorney

**Schagrin Associates**
_____
Firm

900 7th St., NW, Ste. 500
_____
Street Address

Washington, D.C. 20001
_____
City, State and Zip Code

202-223-1700
_____
Telephone Number

jneuman@schagrinassociates.com
_____
E-mail Address

\* Admitted only in Ohio. Practice limited to
matters before federal courts and agencies.

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 11**

STEEL DYNAMICS, INC.,
     Plaintiff,

  v.
UNITED STATES,

     Defendant.

Court No.:   25-00237

## <u>NOTICE OF APPEARANCE</u>

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the

United States Court of International Trade, the undersigned appears as attorney

for plaintiff  , _____, in this action

☐ and for the parties indicated in the actions listed on the attached

schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law

department, or the Government, who is responsible for the litigation, is

Jeffrey D. Gerrish
_____.

Date: October 28, 2025

/s/ Alessandra A. Palazzolo
_____
Attorney

Schagrin Associates
_____
Firm

900 7th St., NW, Ste. 500
_____
Street Address

Washington, D.C. 20001
_____
City, State and Zip Code

202-223-1700
_____
Telephone Number

apalazzolo@schagrinassociates.com
_____
E-mail Address

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**      **FORM 11**

STEEL DYNAMICS, INC.,
                                        Plaintiff,

        v.
UNITED STATES,

                                        Defendant.

Court No.:          25-00237

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the

United States Court of International Trade, the undersigned appears as attorney

for plaintiff              , _____Steel Dynamics, Inc._____, in this action

☐ and for the parties indicated in the actions listed on the attached

    schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law

    department, or the Government, who is responsible for the litigation, is

    Jeffrey D. Gerrish
    _____.

Date: ___October 28 2025___

/s/ Nicholas C. Phillips*
_____
Attorney

Schagrin Associates
_____
Firm

900 7th St., NW, Ste. 500
_____
Street Address

Washington, D.C. 20001
_____
City, State and Zip Code

202-223-1700
_____
Telephone Number

nphillips@schagrinassociates.com
_____
E-mail Address

\* Admitted only in New York. Practice limited
 to matters before federal courts and agencies.

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          FORM 11

STEEL DYNAMICS, INC.,
                                        Plaintiff,  ⊞

    v.
UNITED STATES,

                                        Defendant.

Court No.:          25-00237

### <u>NOTICE OF APPEARANCE</u>

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the

United States Court of International Trade, the undersigned appears as attorney

for plaintiff                    , _____Steel Dynamics, Inc._____, in this action

☐ and for the parties indicated in the actions listed on the attached

schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law

department, or the Government, who is responsible for the litigation, is

Jeffrey D. Gerrish
_____.

Date: ___October 28, 2025___

/s/ Amanda G. Swenson
_____
Attorney
**Schagrin Associates**
_____
Firm
900 7th St., NW, Ste. 500
_____
Street Address
Washington, D.C. 20001
_____
City, State and Zip Code
202-223-1700
_____
Telephone Number
aswenson@schagrinassociates.com
_____
E-mail Address