**UNITED STATES COURT OF INTERNATIONAL TRADE**

|  |  |
|---|---|
| STEEL DYNAMICS, INC.,<br><br>       Plaintiffs,<br><br>       v.<br><br>UNITED STATES,<br><br>       Defendant. | Court No. 25-00237 |

**ORDER OF DISMISSAL**

    Upon consideration of all papers filed in this action, and the plaintiff's failure to file a complaint within the period prescribed by 19 U.S.C. § 1516a, it is hereby ordered that this action is dismissed for lack of prosecution pursuant to USCIT Rules 41(b)(2) and 82(b)(7).

                                              Gina Justice
                                              Clerk of the Court

                               By:    <u>/s/ Scott Warner</u>
                                              Deputy Clerk

Date:  December 2, 2025
        New York, New York